

FILED

05/12/2020

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 19-0701

# IN THE SUPREME COURT OF THE STATE OF MONTANA

## DA 19-0701

IN RE PARENTING OF: T.P.D.C.,

A Minor Child.

TAMI DISNEY,

Petitioner and Appellant,

v.

BRANDON STAAT,

Respondent and Appellee.

**FILED**

MAY 1 2 2020

Bowen Greenwood
Clerk of Supreme Court
State of Montana

O R D E R

---

Appellee Brandon Staat, via counsel, has moved this Court for an award of attorney fees should he prevail in this appeal. Staat asserts that the parties' Final Stipulated Parenting Plan provides for the prevailing party to recover attorney fees incurred to enforce the parent's rights under the Plan. He relies on *In re the Marriage of Toenjes*, 2018 MT 189, ¶ 16, 392 Mont. 230, 422 P.3d 1215, in which this Court held it will award attorney fees to the successful party where the parties' contract provides for such.

Staat filed his motion concurrently with his Response Brief in the pending appeal. We will consider this motion and the argument herein as part of his Response Brief and will incorporate this issue into our decision on appeal.

THEREFORE,

IT IS ORDERED that Appellee's Motion SHALL BE CONSIDERED PART OF APPELLEE'S RESPONSE BRIEF in the pending appeal.

The Clerk is directed to give notice of this Order to all counsel of record.

Dated this 12ᵗʰ day of May, 2020.

_____

_____

_____

_____
Justices